# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 22-1031-GW-AFMx | Date | November 2, 2022 |
|---|---|---|---|
| Title | *Linda Kelemer v. Walmart, Inc.* | | |

Present: The Honorable  GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

None Present  None Present

**PROCEEDINGS:** IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT

The Court has received the parties' Post-Mediation Status Report (ECF No. 81) wherein they indicate that they have settled the matter "in principle" and anticipate finalizing the settlement agreement "this month with dismissal occurring within thirty-five (35) days therafter." Based thereon, the November 3, 2022 status conference is taken off-calendar and an Order to Show Cause re Settlement is set for December 22, 2022 at 8:30 a.m.  No one need attend the OSC if a dismissal is filed with the Court by December 20. All previously set deadlines and hearing dates are vacated and taken off-calendar.

:

Initials of Preparer  JG